NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

V. James DeSimone 119668
Carmen D. Sabater 303546
V. JAMES DESIMONE LAW
4052 Del Rey Ave, Unit 102
Marina del Rey, CA 90292
310-693-5561

ATTORNEY(S) FOR: Plaintiff, RAFIE OLLAH SHOUHED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFIE OLLAH SHOUHED<br><br>Plaintiff(s),<br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1-10,<br>inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:　THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff, RAFIE OLLAH SHOUHED
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| RAFIE OLLAH SHOUHED | Plaintiff |
| UNITED STATES OF AMERICA | Defendant |
| DOES 1-10 | Defendant |

May 21, 2026
Date

Signature V. James DeSimone, Esq.

Attorney of record for (or name of party appearing in pro per):

Plaintiff, RAFIE OLLAH SHOUHED

CV-30 (05/13)　　　　　　　　　　NOTICE OF INTERESTED PARTIES