V. James DeSimone (SBN: 119668)
vjdesimone@vjdlaw.com
Carmen D. Sabater (SBN: 303546)
csabater@vjdlaw.com
Ryann E. Hall (SBN: 306080)
rhall@vjdlaw.com
Emma Lingel-Gary (SBN: 352654)
Elingel-gary@vjdlaw.com
**V. JAMES DESIMONE LAW**
4052 Dey Rey Ave. Suite 102
Marina del Rey, CA 90292
Telephone:  310.693.5561
Facsimile:   323.544.6880
Email: shouhed-vjd000209@vjdlaw.com

Attorneys for Plaintiff,

RAFIE OLLAH SHOUHED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFIE OLLAH SHOUHED,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1–10, inclusive,<br><br>Defendants. | Case No:<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES** |

///

///

///

**PLAINTIFF'S NOTICE OF RELATED CASES**

*Shouhed v. United States of America, et al.*                    V. JAMES DESIMONE LAW
Case No.:

## NOTICE OF RELATED CASES

### (Local Rule 83-1.3)

**TO THE COURT AND ALL PARTIES:**

Pursuant to Local Rule 83-1.3 of the United States District Court for the Central District of California, Plaintiff Rafie Ollah Shouhed hereby provides notice that the above-captioned action is related to the following pending civil cases in this District:

1.    *Los Angeles Press Club, et al. v. Kristi Noem, et al.*, Case No. 2:25-CV-05563-HDV-E United States District Court, Central District of California Assigned to: Hon. Hernán D. Vera, Courtroom 5B

### BASIS FOR RELATEDNESS

The instant action and the above-captioned cases are related within the meaning of Local Rule 83-1.3.1 for the following reasons:

**Arise from the Same or a Closely Related Transaction and Call for the Determination of the Same or Substantially Related or Similar Questions of Law and Fact**

On September 9, 2025, between approximately 10:00 a.m. and 11:00 a.m., a group of masked, unidentified federal immigration enforcement officers entered Plaintiff's business (car wash located at 7530 Van Nuys Boulevard in Van Nuys, California) without announcing themselves or presenting any warrant. All officers wore gaiter masks covering their faces, and none verbally identified themselves, stated their names, or displayed badge numbers

As Plaintiff attempted to go outside to understand what was happening, a masked agent rushed down a narrow hallway and, without saying anything or giving any warning, roughly pushed Plaintiff to the ground. The agent then ran over Plaintiff's body and continued outside. When Plaintiff went outside and approached an agent saying, "If there is anything I can do for you, let me help you," an unidentified agent grabbed Plaintiff by the neck. Another, much larger, agent then

**PLAINTIFF'S NOTICE OF RELATED CASES**
*Shouhed v. United States of America, et al.*                              V. JAMES DESIMONE LAW
Case No.:

ran toward Plaintiff and forcefully body-slammed his body onto the hard pavement. Three agents then jumped on Plaintiff, sitting on his back and placing their knees on his body, including on his neck, and forcefully handcuffed him while shouting, "You don't fuck with ICE".

Plaintiff repeatedly told the officers he had a serious heart condition, had recently undergone heart surgery, had stents, was in pain, and was having difficulty breathing. The agents ignored his requests. Plaintiff was transported to the Metropolitan Detention Center in Downtown Los Angeles and detained for approximately twelve hours without medical care, without food, without access to his phone or family, and without explanation.

Plaintiff was severely injured by the use of force including: severe chest-wall trauma, bilateral elbow contusions and hematomas, a right frontal intracranial abnormality consistent with hemorrhage, and traumatic brain injury with post-concussive syndrome confirmed by EEG, VNG, and MRI.

Plaintiff brings causes of action related to the excessive use of force and failure to provide medical care.

*Los Angeles Press Club, et al. v. Kristi Noem, et al,* alleges that DHS, the agency under which ICE operates, responded to protests of ICE's sweeping arrests by using excessive and unnecessary force. The Plaintiffs bring the following causes of action: Violation of First Amendment and Excessive Force. The Plaintiffs allege that "Defendants maintain policies, patterns. And or practices of unreasonable force that violate the Fourth and Fifth Amendments." (Dkt 67, in Case 2:25-cv-05563-HDV-E). Accordingly, the policies and practices in place regarding DHS' use of force are relevant in both causes of action and require determination of whether the uses of forces complied with the policy and the law.

///

///

///

**PLAINTIFF'S NOTICE OF RELATED CASES**

*Shouhed v. United States of America, et al.*                    V. JAMES DESIMONE LAW
Case No.:

**Other Reasons that Would Entail Substantial Duplication of Labor**

The two related cases arise from, or expressly document, a sustained campaign of excessive and indiscriminate force by agents of DHS, ICE, and CBP operating across Southern California in 2025. The *Los Angeles Press Club* complaint describes DHS's broader pattern of deploying force against civilians, including protesters and bystanders, without warning and without legal justification, under the command authority of Secretary Kristi Noem. The present incident reflects the same pattern: masked and unidentified federal agents bearing AR-15s and less-lethal weapons who neither announced themselves, displayed credentials, nor issued warnings before using significant physical force against a 79-year-old man who posed no threat. All cases name the same defendant agencies DHS, ICE, and CBP acting under the same command structure.

The related cases collectively document a sustained pattern of DHS deploying excessive force without warning or identification against civilians at multiple Southern California locations throughout 2025. Consistent adjudication of the pattern-and-practice evidence across all related matters is best achieved through coordinated assignment.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court deem this action related to *Los Angeles Press Club, et al. v. Kristi Noem, et al.*, Case No. 2:25-CV-05563-HDV-E and assign this matter accordingly pursuant to Local Rule 83-1.3.

///

///

///

**PLAINTIFF'S NOTICE OF RELATED CASES**

*Shouhed v. United States of America, et al.*                    V. JAMES DESIMONE LAW
Case No.:

Date: May 21, 2026

**V. JAMES DESIMONE LAW**

By: _____
V. JAMES DESIMONE, ESQ.
CARMEN D. SABATER, ESQ.
RYANN E. HALL, ESQ.
EMMA LINGEL-GARY, ESQ.

Attorneys for PLAINTIFF,
RAFIE OLLAH SHOUHED

**PLAINTIFF'S NOTICE OF RELATED CASES**

*Shouhed v. United States of America, et al.*                    V. JAMES DESIMONE LAW
Case No.: