**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rafie Ollah Shouhed | CASE NUMBER |
| | 2:26-cv-05467-GW-SKx |
| v. | PLAINTIFF(S) |
| United States of America et al | **ORDER RE TRANSFER** |
| | **(RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____
Date

_____
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The present case arises from a different incident than 2:25-cv-05563-HDV-Ex. Although the low-number case discusses a number of different instances of immigration enforcement, the September 9 incident at a Van Nuys car wash that forms the basis of the present case is not one of them. . Plaintiff Rafie Ollah Shouhed is neither a plaintiff nor a declarant in the low-number case. And the two cases bring different causes of action. The two cases thus do not call for determination of the same or substantially related or similar questions of law and fact.

June 22, 2026
Date

_____
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case ___2:25-cv-05563-HDV-Ex___ and the present case:

- [x] A.   Arise from the same or closely related transactions, happenings or events; or
- [x] B.   Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Steve Kim_____ to Magistrate Judge _____Charles F. Eick_____.

On all documents subsequently filed in this case, please substitute the initials ___HDV-Ex___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:26-cv-05467-HDV-Ex___. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (06/23)                    ORDER RE TRANSFER (Related Cases)