UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RAFIE OLLAH SHOUHED,

Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

No. 2:26-cv-05467-GW-SK

**[PROPOSED] ORDER GRANTING DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS BANE ACT CLAIM**

On September 24, 2026, defendant United States of America ("United States") moved to dismiss Plaintiff's Bane Act claim under Fed. R. Civ. P.12(b)(1). Having considered the motion and its supporting Memorandum of Points of Authorities, as well as the arguments in opposition to the motion and all other matters properly presented to the Court, IT IS HEREBY ORDERED that:

The United States' motion to dismiss is GRANTED. Plaintiff's Bane Act claim is dismissed with prejudice and without leave to amend.

DATED: ____________________

____________________________________________
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by,

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section

*/s/ Laurel D. Havens III*
LAUREL D. HAVENS III
Assistant United States Attorney

Attorneys for Defendant
United States of America