UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-05467-GW-SKx | Date | October 29, 2026 |
| Title | *Rafie Ollah Shouhed v. United States of America et al* | | |

| | | |
|---|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
| Lesbith Castillo | Araceli Prado | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Nikhil Ramnaney | Laurel Don Havens , III., AUSA |

**PROCEEDINGS: DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS BANE ACT CLAIM [19]**

The Court's Tentative Ruling on Defendant' above-entitled motion [19] was issued on October 26, 2026 [24]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Defense has three weeks to file an answer.

A scheduling conference is set for December 14, 2026 at 8:30 a.m. A joint report with a proposed schedule is due by December 7, 2026.

: 10

Initials of Preparer lca